45287. KEITH et al. v. WHITEHEAD et al.
(365 SE2d 435)

PER CURIAM.

The effort of private parties to widen a roadway without agreement of adjoining landowners may succeed only by acquisition of a private way, as provided in OCGA § 44-9-40 et seq. In this case there is no showing that interlocutory injunction is necessary to preserve the *status quo.*

*Judgment reversed. All the Justices concur, except Smith, J., who dissents.*

DECIDED MARCH 10, 1988 —
RECONSIDERATION DENIED MARCH 30, 1988.

*Stewart, Melvin & House, Frank W. Armstrong,* for appellants.
*Whelchel, Dunlap & Gignilliat, James E. Brim III,* for appellees.